# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  07-cr-00429-REB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18.  BAO LE

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the sentencing hearing set for March 4, 2011, at 9:00 a.m., is **VACATED** and is **CONTINUED** to **March 18, 2011**, at 1:30 p.m.

    Dated:  January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.